AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Federal District of Massachusetts

FILED
IN CLERKS OFFICE
2004 JUN 28 P 2: 31
U.S. DISTRICT COURT
DISTRICT OF MASS

Elaine Buchanan
V.
Interstate Electrical Services
and Stephen D'Amico

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11317 NG

TO: (Name and address of Defendant)

Stephen D'Amico
C/O Interstate Electrical Services
70 Treble Cove Road
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Belfort of Corrigan, Bennett & Belfort, P.C.
One Kendall Square, Building 300, 2nd Floor
Cambridge, MA 02139

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS    JUN 15 2004

CLERK    DATE

(By) DEPUTY CLERK

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 23, 2004

I hereby certify and return that on 6/22/2004 at 11:50AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to EDWARD ZINCK, agent, person in charge at the time of service for STEPHEN D'AMICO, at INTERSTATE ELECTRICAL SERVICES, 70 TREBLE COVE Road, NORTH BILLERICA, MA 01862. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($12.16) Total Charges $49.96

*George A. Hooper*
Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.