**IN THE FEDERAL DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**Docket No. 04-CV-11317-NG**

| | |
|---|---|
| **ELAINE BUCHANAN,** | ) |
|     **Plaintiff** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) |
| **INTERSTATE ELECTRICAL** | ) |
| **SERVICES and** | ) |
| **STEPHEN D'AMICO,** | ) |
|     **Defendants** | ) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

NOW COMES the Plaintiff, Elaine Buchanan, and hereby requests that the Clerk of the Federal District Court for the District of Massachusetts enter default against the Defendants, Interstate Electrical Services and Stephen D'Amico, pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

IN SUPPORT THEREOF, the Plaintiff avers as follows:

1. The Plaintiff filed her Complaint on or about June 16, 2004, and the Defendants were served on or about June 22, 2004.  On or about August 2, 2004, the Defendants filed a Motion to Dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

2. On March 22, 2005, this Court (Gertner, J.) entered an order denying the Defendant's Motion to Dismiss.  Rule 12 (a) (4) (A) provides that a defendant must file a responsive pleading within ten (10) days of the court's order on a Rule 12 motion.  As such, the Defendants had until **April 5, 2005**, to file a responsive pleading.

3.  To date, the Defendants have not filed a responsive pleading.

WHEREFORE, the Plaintiff, Elaine Buchanan, requests that the Clerk of the

Federal District Court for the District of Massachusetts enter default against the

Defendants, Interstate Electrical Services and Stephen D'Amico.

Respectfully submitted,
Elaine Buchanan
By her attorney,

Dated: May 2, 2005

_____
David E. Belfort
BBO# 634385
Corrigan, Bennett & Belfort, P.C.
One Kendall Square
Building 300, 2nd Floor
Cambridge, MA 02139
Tel. (617) 577-8800

CERTIFICATE OF SERVICE

I, David E. Belfort, hereby certify that I served a copy of the foregoing *Plaintiff's Request for Entry of Default* this date via first-class mail upon counsel to the Defendants at the following address:

Carol Chandler, Esq.
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110

_____        Dated: May 2, 2005
David E. Belfort