UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE ELECTRICAL SERVICES CORPORATION and STEPHEN D'AMICO,<br><br>Defendants. | CASE NO. 04-CV-11317-NG |

## ANSWER

The Defendants, Interstate Electrical Services Corporation and Stephen D'Amico, hereby answer the correspondingly titled sections and numbered paragraphs of the Complaint as follows:

### I.
### JURISDICTION

The allegations of this paragraph are introductory and/or state conclusions of law to which no response is required.

### II.
### THE PARTIES

1. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiff to her proof in this regard.

2. The Defendants admit the allegations of this paragraph.

3. The Defendants admit the allegations of the first sentence of this paragraph

and deny all remaining allegations of this paragraph.

### III.
### THE FACTS

4.  The Defendants admit the allegations of this paragraph.

5.  The Defendants admit the allegations of the first sentence of this paragraph and deny all remaining allegations of this paragraph.

6.  The Defendants deny the allegations of this paragraph.

7.  The documents referenced in the first sentence of this paragraph are documents that speak for themselves and is its own best evidence of its content and import. As such, the Defendants deny the allegations of the first sentence of this paragraph. The Defendants deny the remaining allegations of this paragraph.

8.  The Defendants deny the allegations of this paragraph.

9.  The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of the first two sentences of this paragraph and therefore leave the Plaintiff to her proof in this regard. The allegations of the third sentence of this paragraph state conclusions of law to which no response is required.

10. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of this paragraph and therefore leave the Plaintiff to her proof in this regard. The Defendants deny the remaining allegations of this paragraph.

11. The allegations of this paragraph state conclusions of law to which no response is required.

12. The document referenced in the first sentence of this paragraph is a document

that speaks for itself and is its own best evidence of its content and import. As such, the Defendants deny the allegations of this paragraph..

13. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiff to her proof in this regard.

14. The Defendants deny the allegations of this paragraph.

15. The Defendants admit the allegations of this paragraph.

16. The Defendants deny the allegations of this paragraph.

17. The Defendants deny the allegations of this paragraph.

18. The Defendants deny the allegations of this paragraph.

19. The Defendants deny the allegations of this paragraph.

20. The document referenced in this paragraph is a document that speak for itself and is its own best evidence of its content and import. As such, the Defendants deny the allegations of this paragraph..

IV.
COUNTS

COUNT ONE
VIOLATION OF FAMILY AND MEDICAL LEAVE ACT
Buchanan v. Interstate Electrical Services and D'Amico

21. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

22. The Defendants admit the allegations of the first sentence of this paragraph. The remaining allegations of this paragraph state conclusions of law to which no response is required.

23. The allegations of this paragraph state conclusions of law to which no response is required.

24. The allegations of this paragraph state conclusions of law to which no response is required.

25. The allegations of this paragraph state conclusions of law to which no response is required.

26. The allegations of this paragraph state conclusions of law to which no response is required.

27. The Defendants deny the allegations of this paragraph.

28. The Defendants deny the allegations of this paragraph.

COUNT TWO
RETALIATION FOR ASSERTING A PROTECTED RIGHT
Buchanan v. Interstate Electrical Services and D'Amico

29. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

30. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore leave the Plaintiff to her proof in this regard.

31. The Defendants deny that the "Plaintiff was permitted to take leave under an explicit agreement with her employer." The remaining allegations of this paragraph state conclusions of law to which no response is required.

32. The Defendants deny the allegations of this paragraph.

33. The Defendants deny the allegations of this paragraph.

34. The Defendants deny the allegations of this paragraph.

35. The Defendants deny the allegations of this paragraph.

## COUNT THREE
### PROMISORY ESTOPPEL/DETRIMENTAL RELIANCE/BREACH OF CONTRACT
Buchanan v. Interstate Electrical Services and D'Amico

36. The Defendants incorporate and adopt as a response to this paragraph their responses to the preceding paragraphs realleged herein.

37. The Defendants deny the allegations of this paragraph.

38. The Defendants deny the allegations of this paragraph.

39. The Defendants deny the allegations of this paragraph.

40. The Defendants deny the allegations of this paragraph.

41. The Defendants deny the allegations of this paragraph.

42. The Defendants deny the allegations of this paragraph.

## V.
## PRAYER FOR RELIEF

The Defendants deny that the Plaintiff is entitled to any of the relief sought in the Complaint.

Further answering, unless expressly admitted, the Defendants deny each and every allegation contained in the Complaint.

The Defendants deny that the Plaintiff is entitled to any of the relief sought in the Amended Complaint.

## VI.
## DEMAND FOR TRIAL BY JURY

The Defendants deny that the Plaintiff is entitled to a jury trial

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim or claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff has failed to satisfy the applicable administrative prerequisites to their claims.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part by the applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part by the statute of frauds.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred under the doctrine of accord and satisfaction.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred under the doctrine of assumption of risk.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred under the doctrines of estoppel and/or equitable estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by their failure to mitigate damages.

WHEREFORE, the Defendants request that this Court dismiss the Complaint in its entirety and that they be awarded their costs and attorneys' fees.

Respectfully submitted,

INTERSTATE ELECTRICAL SERVICES
CORPORATION and STEPHEN D'AMICO

By their attorneys,

Carol Chandler (BBO #080500)
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: May 2, 2005

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~by hand~~) on 5-2-05.

- 7 -