UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELAINE BUCHANAN,<br><br>      Plaintiff,<br><br>    v.<br><br>INTERSTATE ELECTRICAL SERVICES<br>CORPORATION and STEPHEN D'AMICO,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 04-CV-11317-NG<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF STEPHEN D'AMICO

Pursuant to Local Rule 16.1(D)(3), we hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Defendant, | Counsel for Defendants, |
|---|---|
| STEPHEN D'AMICO | INTERSTATE ELECTRICAL SERVICES<br>CORPORATION and STEPHEN D'AMICO |
| /s/ Stephen D'Amico<br>Stephen D'Amico | /s/ John M. Simon<br>Carol Chandler (BBO #080500)<br>John M. Simon (BBO #645557)<br>Stoneman, Chandler & Miller LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 542-6789 |

Dated: August 16, 2005