UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE BUCHANAN,         )<br>    Plaintiff           )<br>                          )<br>                          )<br>v.                        )<br>                          )<br>INTERSTATE ELECTRICAL     )<br>SERVICES and              )<br>STEPHEN D'AMICO,          )<br>    Defendants          ) | **Docket No. 04-CV-11317-NG** |

## PLAINTIFFS CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

    Pursuant to L.R. Mass. 16.1(d)(3) Plaintiff, Elaine Buchanan, and her attorney, listed below, certify that Plaintiff and counsel have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternate courses – of litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

    Respectfully submitted,

Dated: August 9, 2005          */s/ Elaine Buchanan*
                               Elaine Buchanan, Plaintiff


Dated: August 22, 2005         */s/ David E. Belfort*
                               David E. Belfort
                               BBO# 634385
                               Corrigan, Bennett & Belfort, P.C.
                               One Kendall Square
                               Bldg. 300, 2nd Floor
                               Cambridge, MA 02139
                               Tel.: (617) 577-8800