UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE BUCHANAN, )<br>    Plaintiff )<br>)<br>) <br>v. )<br>)<br>INTERSTATE ELECTRICAL )<br>SERVICES and )<br>STEPHEN D'AMICO, )<br>    Defendants ) | Docket No. 04-CV-11317-NG |

**NOTICE OF APPEARANCE**

I, Michael L. Mason, hereby enter my appearance on behalf of the above listed Plaintiff, Elaine Buchanan.

                                              Respectfully Submitted
                                              Elaine Buchanan
                                              By her attorney,

Dated: October 7, 2005

                                              _____/s/ Michael L. Mason_____
                                              Michael L. Mason
                                              BBO # 662244
                                              Corrigan, Bennett & Belfort, P.C.
                                              One Kendall Square
                                              Building 300, 2nd Floor
                                              Cambridge, MA  02319
                                              (617) 577-8800