# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Elaine Buchanan

V.

Civil Action: 04-cv-11317-NG

Interstate Electrical Services, et al
Defendant

## SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on   September 7, 2006    that the above-entitled

action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within thirty

(30) days if settlement is not consummated.

By the Court,

    9/8/06                          /s/Maryellen Molloy
    Date                            Deputy Clerk

(DISM 30 DAY BUCHANAN 7-06.wpd - 12/98)                                    [stlmtodism.]