EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE ELECTRICAL SERVICES CORPORATION and STEPHEN D'AMICO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 04-CV-11317-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

Respectfully submitted,

| The Plaintiff, | The Defendants, |
|---|---|
| ELAINE BUCHANAN, | INTERSTATE ELECTRICAL SERVICES CORPORATION & STEPHEN D'AMICO |
| /s/ David E. Belfort | /s/ John M. Simon |
| David E. Belfort | Carol Chandler (BBO #080500) |
| BBO# 634385 | John M. Simon (BBO #645557) |
| Corrigan, Bennett & Belfort, P.C. | Stoneman, Chandler & Miller LLP |
| 24 Thorndike Street, Suite 300 | 99 High Street |
| Cambridge, MA 02141 | Boston, MA 02110 |
| (617) 577-8800 | (617) 542-6789 |

Dated: ~~September~~ October 3, 2006